UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:
3:91cr3064/RV/CJK
3:16cv295/RV/CJK

MICHAEL LEONARD JACKSON,

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 26, 2017 (doc. 129). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion to Correct Sentence under 28 U.S.C. § 2255, ECF

        No. 119, is **DISMISSED as moot**.

3.     A certificate of appealability is **DENIED**.

        DONE AND ORDERED this 26th day of January, 2018.

                /s/ *Roger Vinson*
                **ROGER VINSON**
                **SENIOR UNITED STATES DISTRICT JUDGE**